IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMIKHET EN MAATI,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON, Director; LANCASTER COUNTY DEPT. OF CORR., MR. LEVITT, Sergeant; MR. COOPER, Sergeant; JOSELYN MCSWINE, Corr. Ofc.; and GERALD YUHAS, Corr. Ofc.;<br><br>Defendants. | 8:23CV117<br><br>**MEMORANDUM AND ORDER** |

On May 23, 2023, after Plaintiff's mail to his last known address at the Lancaster County Jail was returned as undeliverable, *see* Filing No. 14, the Court ordered Plaintiff to update his address within 30 days or his case would be dismissed without further notice, Filing No. 15. On June 5, 2023, the Court received notice that Plaintiff had been released from the custody of Lancaster County Corrections, but no forwarding address was provided.[1] Filing No. 17. To date, Plaintiff has not updated his address or taken any other action in this matter.

---

[1] On the same day the Court also received Plaintiff's trust account statement. Filing No. 18.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with a Court Order. The Court will enter judgment by a separate document.

Dated this 5th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court